IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADEKUNLE B. OJELADE,

      Plaintiff,

vs.                              CASE NO. 5:08cv273/RS-MD

MARGARET McCANN SHAMBLIN
and AMERICAN NATIONAL
INSURANCE COMPANY,

      Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 5). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion To Proceed In Forma Pauperis (Doc. 2) is **granted**.

3. This case is dismissed for lack of subject matter jurisdiction.

4. The clerk is directed to close the file.

**ORDERED** on October 16, 2008.

                          /S/ Richard Smoak
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**